## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WALL-DECOR, INC. | * |
| Plaintiff | * Civil No. 99-2390(SEC) |
| v. | * |
| ABTco, INC. and ALJOMA LUMBER, INC. | * |
| Defendants | * |

**************************************

### JUDGMENT

*RECEIVED & FILED  99 SEP 29 AM 7:37  CLERK'S OFFICE  U.S. DISTRICT COURT  SAN JUAN, P.R.*

Pursuant to plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (Docket # 2), and in accordance with Fed. R. Civ. P. 41(a)(1)(i), the above-captioned action is hereby **DISMISSED** without prejudice. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge



(1)

AO 72A
(Rev 8/82)